■ MARJORIE SCHWARTZ v. CITY OF NEW YORK et al.— Application granted. The stay contained in the order to show cause, dated August 23, 1962, is continued pending the hearing and determination of the appeal. Application granted. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ MARTHA SCHLUETER v. MANHATTAN FIRE & MARINE INSURANCE COMPANY.— Application granted. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ In the Matter of JEAN RUCK, as Administratrix.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT JOHNSON.— Motion for reargument and for an assignment of counsel denied. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ JOSEPH KENNELLY v. CITY OF NEW YORK et al.— Motion for resettlement denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ ISRAEL ROBLES, an Infant, v. EDWARD M. LEVINTAN.— Motion for resettlement denied, with $10 costs. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ LUCILLE M. FERGUSON v. 444 WEST 55TH STREET CORP. et al. (Two Cases.) — Motion for reargument or for leave to appeal to the Court of Appeals denied. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ.

■ MILTON HART v. JOHN G. HELLMAN CO., INC., et al.— Motion for reargument denied. That branch of the motion requesting an adjournment is granted to the extent and on the terms and conditions contained in the order to show cause, dated August 8, 1962. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS CARUSO.— Motion for an adjournment granted and the argument of the appeal is hereby adjourned to the October 1962 Term of this court. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ DANIEL STAMPLER v. TESSIE STAMPLER.— Motion for a stay denied. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ In the Matter of the Arbitration between HERMAN I. ZACHARIA and UNDERGARMENT AND NEGLIGEE WORKERS UNION, LOCAL 62, I. L. G. W. U.— Motion for a stay denied. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.